# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAKIM SORDEN AND ALBERT
ROBIN

NO.  2023 CW 0670

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY AND VON
SANDERFORD

**SEPTEMBER 11, 2023**

---

In Re:    State  Farm  Mutual  Automobile  Insurance  Company,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 729631.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT  DISMISSED.**    This  writ  application  is  dismissed
pursuant  to  the  motion  filed  by  relator  advising  that  the
parties have reached a settlement that resolves all issues, and
the writ application is moot and can be dismissed.

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT